DAVID LOVALLO *vs.* THE HAYES AND PIERCE MOTOR COMPANY, INCORPORATED.

Third Judicial District.

Argued October 31st—decided November 27th, 1922.

ACTION to recover damages for injuries to the person and automobile of the plaintiff, alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven County and tried to the jury before *Keeler, J.;* the jury returned a verdict for the plaintiff for $1,000, which the trial court set aside as against the evidence, and from this decision the plaintiff appealed. *No error.*

*Charles W. Bauby*, for the appellant (plaintiff).

*J. Birney Tuttle* and *Walter E. Monagan*, for the appellee (defendant).

Lovallo *v*. Hayes & Pierce Motor Co., Inc.

PER CURIAM. The trial court granted the motion to set aside the verdict as against the evidence. Upon examination of the evidence we find no error of law in this ruling.

There is no error.